UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATY LYNNE MCGRAW,** | **CIVIL ACTION** |
| **VERSUS** | **NO.** |
| **MARIA DOMINGUEZ AND THE HERTZ CORPORATION** | |

## NOTICE OF REMOVAL

NOW INTO COURT comes the United States of America (the "United States" or "Government"), through undersigned counsel pursuant to 28 U.S.C. § 1442(a)(1), and 28 U.S.C. § 2679(d)(2), as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 (Public Law 100-694), who hereby files this Notice of Removal for the following reasons:

1. On or about August 16, 2022, a proceeding was instituted by filing a Petition for Damages styled *Katy Lynne McGraw v. Maria Dominguez and The Hertz Corporation*, bearing Case No. C-722319, Division 31, Nineteenth Judicial District Court, for the Parish of East Baton Rouge, State of Louisiana.

2. Maria Dominguez and The Hertz Corporation ("Hertz") have been named as defendants in the above-entitled civil action now pending in the 19th Judicial District Court. No trial has been had in that action.

3. This action is of a civil nature wherein the Plaintiff seeks to recover for alleged injuries caused by the alleged negligence of Ms. Dominguez.

4.       This action is one which may be removed without bond to this Court pursuant to 28 U.S.C. § 1442(a) and 28 U.S.C. § 2679(d)(2), as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 (Public Law 100-694), for the reason that the United States Attorney for the Middle District of Louisiana, by virtue of the authority delegated him by the Attorney General, has certified that Maria Dominguez was, at the time of the incident upon which the plaintiff bases her claim, an "employee of the Government . . . acting within the scope of [her] office or employment" as defined under 28 U.S.C. § 2671.   The certificate of the United States Attorney is attached hereto as Exhibit A.

5.       Attached hereto as Exhibit B is a copy of the record of the case filed in the state court proceeding.

6.       Dominguez was served by mail with the Citation and Petition for Damages on August 29, 2022.  The USACE notified the U.S. Attorney's Office of this lawsuit.  The United States and the USACE have not been served.

7.       The United States explicitly reserves all defenses relative to jurisdiction, lack of proper service, failure of the sovereign's consent to suit, and any and all other defenses in law and fact.

WHEREFORE, pursuant to 28 U.S.C. § 1442(a)(1), and 28 U.S.C. § 2679(d)(2), the above-described civil action, now pending in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, is hereby removed therefrom to this Court.

UNITED STATES OF AMERICA, by

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY


/s/ Monica S. Griffith-Braud
Monica S. Griffith-Braud, LBN 33162
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: monica.griffith-braud@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2022, a copy of the foregoing *Notice of Removal* was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document and notice of electronic filing was sent by first class mail to the following:

Jason M. Welborn
1540 W. Pinhook Rd.
Lafayette, LA  70503

The Hertz Corporation
Through its Registered Agent for Service of Process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA  70816

> *s/ Monica Griffith-Braud*
> Monica Griffith-Braud, LBN 33162
> Assistant United States Attorney